UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHN WILLIAM SEYMOUR,
                             Plaintiff,                      19 **CIVIL** 2466 (KMK)

             -against-                               **JUDGMENT**

ANDREW SAUL, Acting Commissioner of
Social Security,
                            Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated July 27, 2021, Judge Davison's R&R is adopted in its entirety, Plaintiff's Motion for Judgment on the Pleadings is denied, and Defendant's Motion for Judgment on the Pleadings is granted; accordingly, this case is closed.

**Dated:** New York, New York
          July 27, 2021

                                                    **RUBY J. KRAJICK**
                                                    **Clerk of Court**
                             **BY:**
                                                    **Deputy Clerk**